UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CINDY CHILDS, a married person,<br><br>Plaintiff,<br><br>v.<br><br>J&D RESTAURANTS, INC., d/b/a Denny's, a Washington corporation; and DENNY'S INC., a foreign corporation; and JEFF WEITMAN and JANE DOE WEITMAN, individually and as husband and wife, and the marital community comprised thereof; JOSEPH G. MARTIN and JANE DOE MARTIN, individually and as husband and wife, and the marital community comprised thereof; JEREMY T. COOK, individually and as husband and wife, and the marital community comprised thereof,<br><br>Defendants. | NO. 2:17-cv-00176-SAB<br><br>**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** |

Before the Court is the parties' Stipulation for Dismissal with Prejudice, ECF No. 13. The parties stipulate that this case should be dismissed with prejudice and without attorneys' fees to any party. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Court accepts the stipulation and enters it into the record.

//

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** ~ 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice, ECF No. 13, is accepted and **entered** into the record.

2. The above-captioned case is **dismissed with prejudice** and without costs or attorneys' fees to any party.

3. Any pending motions are **dismissed as moot**.

4. All trial dates and deadlines are **stricken**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

Dated this 27th day of September 2017.



Stanley A. Bastian
United States District Judge

**ORDER ENTERING STIPULATION AND DISMISSING CASE WITH PREJUDICE** + 2